# Third Amended Exhibit C

| Plaintiff Name | Cause Number | Lead Counsel |
|---|---|---|
| Angel, Theresa | 1:16-cv-00866 | GALLAGHER & KENNEDY, P.A. |
| Weir, Peggy & Jerry | 1:16-cv-00873 | GALLAGHER & KENNEDY, P.A. |
| Taylor, Roger D. | 1:16-cv-01793 | CURTIS LAW GROUP |
| Nicholson, Braden | 1:16-cv-02767 | HOUSSIERE, DURANT & HOUSSIERE, LLP |
| Smith, Slater | 1:16-cv-02899 | GRAY & WHITE LAW |
| Hotaling, Roger | 1:16-cv-03310 | BERTRAM & GRAF, L.L.C. |
| Sturrock, Pamela | 1:17-cv-00367 | GALLAGHER & KENNEDY, P.A. |
| Landis, Kevin | 1:17-cv-01505 | GALLAGHER & KENNEDY, P.A. |
| Adkins, Gwendolyn | 1:17-cv-01713 | GALLAGHER & KENNEDY, P.A. |
| Griggs, Carrie | 1:17-cv-02684 | RICHARD J. PLEZIA & ASSOCIATES |
| Palumbo, Noreen A. | 1:17-cv-03023 | BERTRAM & GRAF, L.L.C. |
| Wood, Anna and Joseph | 1:17-cv-03416 | DAVIS BETHUNE & JONES, LLC |
| Franco, Esmeralda | 1:17-cv-03532 | PADBERG, CORRIGAN & APPLEBAUM |
| Magnuson, Laura | 1:17-cv-04006 | GALLAGHER & KENNEDY, P.A. |
| Mohler, Meredith | 1:17-cv-04465 | SKIKOS CRAWFORD SKIKOS & JOSEPH, LLP |

**Third Amended Exhibit C**

| Name | Case Number | Firm |
|---|---|---|
| Moore, Kelvin | 1:17-cv-04735 | SKIKOS CRAWFORD SKIKOS & JOSEPH, LLP |
| Creel, Donald | 1:18-cv-01119 | BERTRAM & GRAF, L.L.C. |
| Smith, Donald J. | 1:18-cv-01262 | BERTRAM & GRAF, L.L.C. |
| Palm, Jordan | 1:18-cv-01369 | BERTRAM & GRAF, L.L.C. |
| Owens, Jerry | 1:18-cv-01547 | THE MOODY LAW FIRM, INC. |
| Cosner, Delmer | 1:18-cv-01636 | BERTRAM & GRAF, L.L.C. |
| Darrin, Billie | 1:18-cv-01834 | BERTRAM & GRAF, L.L.C. |
| Gil, Nilda | 1:18-cv-02498 | RHEINGOLD GIUFFRA RUFFO & PLOTKIN, LLP |
| Morgan, Mark | 1:18-cv-03712 | PADBERG, CORRIGAN & APPLEBAUM |
| LaMotte, Jan | 1:18-cv-03728 | THE MOODY LAW FIRM, INC. |
| Melton, Lisa Ann | 1:18-cv-03793 | MCDONALD WORLEY, PC |
| Carver, Sharon | 1:18-cv-03868 | BERTRAM & GRAF, L.L.C. |
| Rollins, Joandra | 1:18-cv-03988 | BERTRAM & GRAF, L.L.C. |
| Smith, Raffel | 1:18-cv-04096 | BERTRAM & GRAF, L.L.C. |
| Owens, Janet | 1:19-cv-00021 | BERTRAM & GRAF, L.L.C. |
| DeJesus, Kurt | 1:19-cv-00055 | CELLINO & BARNES, P.C. |
| Rini, Pearlie | 1:19-cv-00150 | BERTRAM & GRAF, L.L.C. |

**Third Amended Exhibit C**

| | | |
|---|---|---|
| Fields, Bicie | 1:19-cv-00155 | BERTRAM & GRAF, L.L.C. |
| Vinke, Durwin | 1:19-cv-00508 | KIRKENDALL DWYER LLP |
| Kucinski, Jeffrey | 1:19-cv-00855 | BERTRAM & GRAF, L.L.C. |
| Cotton, Willie | 1:19-cv-00884 | BERTRAM & GRAF, L.L.C. |
| Herndon, Emmie | 1:19-cv-00890 | BERTRAM & GRAF, L.L.C. |
| Moye, Kimberly | 1:19-cv-01056 | BERTRAM & GRAF, L.L.C. |
| Simmons, Roberta | 1:19-cv-01409 | KIRKENDALL DWYER LLP |
| Bledsoe, Betty | 1:19-cv-01500 | BERTRAM & GRAF, L.L.C. |
| Brandon, Vicky | 1:19-cv-01501 | BERTRAM & GRAF, L.L.C. |
| Conley, Hubert | 1:19-cv-01508 | BERTRAM & GRAF, L.L.C. |
| Dubose, Todd | 1:19-cv-01520 | BERTRAM & GRAF, L.L.C. |
| Gray, Rodney | 1:19-cv-01527 | BERTRAM & GRAF, L.L.C. |
| Harrison, Michele | 1:19-cv-01529 | BERTRAM & GRAF, L.L.C. |
| Rich, Ronald | 1:19-cv-01567 | MCDONALD WORLEY, PC |
| Henning, Leonard | 1:19-cv-01604 | BERTRAM & GRAF, L.L.C. |
| Hervey, Charles | 1:19-cv-01608 | BERTRAM & GRAF, L.L.C. |
| Lugo, Hector | 1:19-cv-01639 | BERTRAM & GRAF, L.L.C. |

**Third Amended Exhibit C**

| | | |
|---|---|---|
| Dillard, Mary E. | 1:19-cv-01896 | ZONIES LAW LLC |
| Holst, Sara | 1:19-cv-02077 | PROVOST & UMPHREY LAW FIRM LLP |
| Lewis, Richard | 1:19-cv-02101 | PROVOST & UMPHREY LAW FIRM LLP |
| Stewart, John | 1:19-cv-02454 | DAVIS BETHUNE & JONES, LLC |
| Martin, Beverly | 1:19-cv-03349 | BERTRAM & GRAF, L.L.C. |
| Mora, Johanna | 1:19-cv-03350 | BERTRAM & GRAF, L.L.C. |
| Murphy, Barbara | 1:19-cv-03351 | BERTRAM & GRAF, L.L.C. |
| Murphy, Sheila | 1:19-cv-03352 | BERTRAM & GRAF, L.L.C. |
| Paige, James | 1:19-cv-03355 | BERTRAM & GRAF, L.L.C. |
| Palmer, Cornelia | 1:19-cv-03356 | BERTRAM & GRAF, L.L.C. |
| Roberts-Watley, Robbin | 1:19-cv-03619 | BERTRAM & GRAF, L.L.C. |
| Vela, Moises | 1:19-cv-03701 | BERTRAM & GRAF, L.L.C. |
| Berkowitz, William | 1:19-cv-04805 | KIRKENDALL DWYER LLP |
| Thornton, Gary | 1:20-cv-00582 | BERTRAM & GRAF, L.L.C. |
| Gardner, Paula | 1:20-cv-01136 | KIRKENDALL DWYER LLP |
| Johnson, Charles | 1:20-cv-01138 | KIRKENDALL DWYER LLP |
| Wynn, Patrick | 1:20-cv-01175 | KIRKENDALL DWYER LLP |

**Third Amended Exhibit C**

| | | |
|---|---|---|
| Nascak, Michael | 1:20-cv-01180 | KIRKENDALL DWYER LLP |
| Griffin, Lontraill | 1:21-cv-00286 | BERTRAM & GRAF, L.L.C. |
| Smith, Vickie A. | 1:21-cv-01291 | WILLIAMS LAW GROUP, LLC |
| Antonacci, Heidi (REFILE) | 1:21-cv-01958 | BERTRAM & GRAF, L.L.C. |
| Waddle, Albert | 1:21-cv-06545 | BERTRAM & GRAF, L.L.C. |
| Oberlin, Nicole | 1:22-cv-00370 | BLANKENSHIP LAW FIRM |
| Burkett, Herbert | 1:22-cv-02031 | REICH & BINSTOCK, LLP |
| Oliver, Jeffrey | 1:22-cv-02047 | DRIGGS, BILLS & DAY, PLLC |
| Morgan, Meredith | 1:22-cv-02049 | MCDONALD WORLEY, PC |
| Trimble, Gloria | 1:23-cv-00289 | REICH & BINSTOCK, LLP |
| Carlson, Terri | 1:23-cv-06990 | WENDT LAW FIRM |